IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01187-MEH

JANEAU RITTER, a disabled individual and citizen of Colorado, by and through her
Conservator and Guardian, Sean McKendrick,

     Plaintiff,

v.

BNSF RAILWAY COMPANY,
LOUIE P. RAMIREZ, and
STEVEN A. WALD,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 20, 2022.**

The above-captioned case has been directly assigned to Magistrate Judge Michael E. Hegarty pursuant to D.C.Colo.LCivR 40.1(c). In their Notice of Removal, Defendants assert that this Court has jurisdiction pursuant to 28 U.S.C. § 1332. ECF 1 at 1–2. However, Defendants contend that the required diversity of citizenship is achieved by not considering the individual defendants' citizenships, since they are improperly joined. *Id.* at 5–6. The Court will hold a status conference regarding the Notice of Removal and whether this Court has subject matter jurisdiction on **June 8, 2022,** at **3:30 p.m.,** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

Counsel is expected to appear for the conference in person. However, litigants and counsel whose offices are located outside of the Denver metropolitan area or who cannot reasonably make a personal appearance may appear at the conference remotely. Please contact Chambers at (303) 844-4507 at least two business days prior to the conference to arrange remote appearance.

<u>Defendants shall notify all parties who have not entered an appearance of the date and time of the status conference</u>.

Additionally, the Clerk of Court is directed to send a copy of this Minute Order to Plaintiff's counsel of record in the state court proceedings as found in the Complaint filed at ECF 6:

| | |
|---|---|
| J. Todd Tenge | Paul J. Komyatte |
| Tenge Law Firm, LLC | David P. Mason |

2120 Milestone Drive, Suite 104
Fort Collins, CO 80525

The Komyatte Law Firm LLC
772 Washington Avenue, Suite 202
Golden, CO 80401